UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Garland E. Burrell, Jr.<br>Senior United States District Judge<br>Sacramento, California | **RE:** **Richard Kelly Dozier**<br>**Docket Number:  0972 2:97CR00171-001**<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Richard Kelly Dozier is requesting permission to travel to Mexico.  Mr. Dozier is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On January 15, 1999, Mr. Dozier was sentenced for the offense of 21 USC 846, 841(a)(1) - Conspiracy to Manufacture Methamphetamine (CLASS A FELONY).

**Sentence Imposed:**  235 months custody of the Bureau of Prisons; 60-month Term of Supervised Release; $100 special assessment.

**Dates and Mode of Travel:**  Departs February 14, 2015; returns February 21, 2015; Air and cruise travel.

**Purpose:**  Mr. Dozier and his parents will fly to Los Angeles, where they will board the Carnival Cruise Lines ship, "Miracle" for a 7-day cruise.  The ship's itinerary includes a stop in Mexico.

1

RE: **Richard Kelly Dozier**
    **Docket Number: 0972 2:97CR00171-001**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER**
United States Probation Officer

Dated:   January 27, 2015
         Roseville, California
         /jaf

                          /s/ Michael A. Sipe
**REVIEWED BY:**   **MICHAEL A. SIPE**
                  **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved
**Dated: January 28, 2015**

```
GARLAND E. BURRELL, JR.
Senior United States District Judge
```