UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Garland E. Burrell, Jr.<br>Senior United States District Judge<br>Sacramento, California | **RE:  Richard Kelly Dozier**<br>**Docket Number:  0972 2:97CR00171-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Richard Kelly Dozier is requesting permission to travel on a Cruise to Jamaica, Grand Cayman and Mexico. Richard Kelly Dozier is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On January 15, 1999, Richard Kelly Dozier was sentenced for the offense of 21 USC 846, 841(a)(1) – Conspiracy to Manufacture Methamphetamine (Class A Felony).

**Sentence Imposed:**   235 months custody of the Bureau of Prisons; 60 months Supervised Release; $100 special assessment (Paid)

**Dates and Mode of Travel:**   Departs on 11/27/2016; Returns on 12/4/2016. Southwest Airlines and Carnival Breeze Cruise Ship

**Purpose:**   Mr. Dozier and family will fly to Galveston, Texas, where they will board the Carnival Cruise Ship "Breeze" for a 7-day cruise.

1

RE:     **Richard Kelly Dozier**
        **Docket Number:  0972 2:97CR00171-001**
        <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer


Dated:  October 27, 2016
        Fresno, California
        TDM/rmv

                           /s/ Brian J. Bedrosian
**REVIEWED BY:**   **BRIAN J. BEDROSIAN**
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

**Dated:  November 1, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2